IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NAKITA L. GILYARD, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 5:14-CV-185 (MTT) |
| GREGORY MCLAUGHLIN, et al., ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Order & Recommendation of Magistrate Judge Stephen Hyles. (Doc. 11). Following a preliminary screening of this case pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends the Court dismiss all of the Plaintiff's claims except for his due process claims against Defendants Bostick and Bobbitt and his First Amendment retaliation claim against Defendant Bobbitt.

The Plaintiff has filed an objection to the Magistrate Judge's Recommendation. (Docs. 14). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Recommendation is **ADOPTED** and made the **ORDER** of the Court. The Plaintiff's due process and First Amendment retaliation claims against Defendants Bostick and Bobbitt will go forward as ordered by the Magistrate Judge. All other claims and Defendants are **dismissed without prejudice**.

**SO ORDERED**, this 6th day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT